# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd #150, Hayward , CA 94541
Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Debtor Chapter 13 Plan Payments to: P.O. Box 88007, Chicago, IL 60680-1007
Telephone: (510) 266-5580
Fax: (510) 266-5589

November 15, 2019

Meyer Law Group Llp
268 Bush St #3639
San Francisco, CA 94104


Chapter 13 Case No.: 16-41968-RLE13
Re: Valerie Maritza Castaldi

Based on an audit of this case, the Trustee has determined that the plan will not fund within the term of the confirmed plan.

The case will run 62 months. This is 2 months over the 60 month term per the confirmed plan (Doc# 13). The reason(s) are:

| Creditor Name | Claim# | Scheduled Amount | Claimed Amount |
|---|---|---|---|
| CALIBER HOME LOANS | 1 | $17,056.49 | $18,673.87 |

Failure to correct this/these issues could result in a Motion to Dismiss.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee
CC:
Valerie Maritza Castaldi
4651 Wente Court
Oakley, CA  94561